USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|4|17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                      Plaintiff,

- against -

Robert F. Hasho, Benjamin M. Hasho, William X. Mecca, Robert B. Yule, Kevin B. Sullivan, David C. Dever, Richard A. Chennisi, Aurelio Vuono, Philip Falcone, and Michael F. Umbro,

                      Defendants.

1:90-cv-7953

**SATISFACTION OF MONETARY PORTIONS OF JUDGMENT AS TO DEFENDANT AURELIO VUONO**

WHEREAS, a Judgment was entered in the above action on the 9th day of March, 1992, in favor of the Plaintiff Securities and Exchange Commission and against the Defendant Aurelio Vuono, which Judgment, in part, required the Defendant Aurelio Vuono to pay disgorgement of $45,599.26 and prejudgment interest of $9,723.25, for a total of $55,322.51, and

WHEREAS, a transcript of such Judgment was filed with the Suffolk County Clerk on October 12, 2012 pursuant to New York Civil Practice Law and Rules 5018(b), and

WHEREAS, the monetary portions of said Judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of the monetary portions of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction thereof on the docket of said Judgment, and

The Suffolk County Clerk is hereby authorized and directed to make an entry of the full and complete satisfaction thereof on the docket of the Judgment as entered therein, releasing and discharging the lien of such judgment.

Dated:   New York, New York
         October 3, 2017

                                                                     _____
                                                                     JOHN J. GRAUBARD
                                                                     Senior Trial Counsel
                                                                     Securities and Exchange Commission
                                                                     New York Regional Office
                                                                     200 Vesey Street, Room 400
                                                                     New York, New York 10281-1022
                                                                     Tel.:   212-336-0084
                                                                     Fax:   212-336-1323
                                                                     Email:  graubardj@sec.gov

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

On the 3rd day of October, 2017, before me personally came John J. Graubard, to me known and known to me to be a Senior Trial Counsel for the Securities and Exchange Commission, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

BENEDICT R. JACKSON
Notary Public, State of New York
No. 01JA6130327
Qualified in Kings County
Commission Expires July 18, 2021